IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MINUTES OF SETTLEMENT CONFERENCE

PAUL DILLON and TAMMY DILLON   )
                               )
       Plaintiffs,            )
                               )
VS.                            )    CASE NO. 08-CV-00282-GPM-PMF
                               )
DR. JERRY ZANG, M.D., et al,   )
                               )
       Defendants.            )

**DATE/TIME:** January 13, 2010 at 9:00 a.m.

**PLACE:** Benton, Illinois

**PRESENT:** HONORABLE PHILIP M. FRAZIER, U. S. MAGISTRATE JUDGE

**Courtroom Deputy Clerk:** _____

**Counsel for Plaintiff(s):** _Tim Koopie_ / _Paul Dillon_

**Counsel for Defendant(s):** _Jim Porter - USA_ / _Tod Horwitz_ / _Seth Porter_

**Counsel For Third-Party Plaintiff(s):** _____

**Counsel for Third Party Defendant(s):** _____

**PROCEEDINGS: SETTLEMENT CONFERENCE**   **In-Court Hours:** _4.5_

   ✓ CASE SETTLED   ____ CASE DID NOT SETTLE   ____ CONF. CONTINUED

      ✓ Order of Dismissal to enter. _60 day MJR_

      ____ Terms of settlement read into the record. Reporter, _____

      ____ Another Settlement Conference will be scheduled at a later date.

**Law Students:** _____