IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL DILLON and TAMMY DILLON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JERRY ZANG, M.D., ILLINOIS- ) <br> INDIANA EM-I MEDICAL SERVICES, ) <br> S.C., a corporation, and ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Defendants. ) | No. 08-282-GPM |

## STIPULATION FOR DISMISSAL

Come now the plaintiffs, Paul Dillon and Tammy Dillon, by their attorney, Thomas Q. Keefe, Jr., and the defendants, Jerry Zang, M.D. and Illinois-Indiana EM-I Medical Services, S.C., by their attorney, Ted Harvey, and the defendant, The United States of America, by its attorney, James L. Porter, and stipulate and agree that the above styled matter may be dismissed with prejudice to the plaintiff, at the cost of the respective parties.

_____
THOMAS Q. KEEFE, JR.
#6 Executive Woods Court
Belleville, IL  62226
ATTORNEY FOR PLAINTIFFS

_____
TED HARVEY
Freeark, Harvey, Mendillo, Dennis, Wuller,
 Cain & Murphy, P.C.
115 W. Washington St., P.O. Box 546
Belleville, IL  62222
ATTORNEY FOR DEFENDANTS,
JERRY ZANG, M.D. and ILLINOIS-
INDIANA EM-I MEDICAL SERVICES, S.C.

1

>           JAMES L. PORTER
> Assistant United States Attorney
> Nine Executive Drive
> Fairview Heights, IL  62208
> ATTORNEY FOR DEFENDANT,
> UNITED STATES OF AMERICA

Certificate of Service

I hereby certify that on the __5__ day of __March__, 2010, I electronically filed the Stipulation for Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Thomas Q. Keefe, Jr.
debbie@tqkeefe.com
*Attorney for Plaintiffs*

James L. Porter
jim.porter@usdoj.gov
J. Christopher Moore
chris.moore@usdoj.gov
*Attorney for Defendants,*
*United States of America*

and I hereby certify that I mailed by United States Postal Service, the document(s) to the following non-registered participants

>  Respectfully submitted,
>
>  s/Ted Harvey
>  TED HARVEY                #1149407
>  115 West Washington Street
>  P.O. Box 546
>  Belleville, IL  62220
>  618-233-2686
>  618-233-5677 (fax)
>  e-mail:  tharvey@freeark.com

2