IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL DILLON and TAMMY DILLON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 08-282-GPM |
| ) | |
| JERRY ZANG, M.D., ILLINOIS-INDIANA ) | |
| EM-I MEDICAL SERVICES, S.C., and ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. | |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy presiding, and the parties have advised that the action has been settled in its entirety.

**IT IS ORDERED** that this action is **DISMISSED with prejudice**. The parties shall bear their own costs.

**DATED**: March 8, 2010

NANCY J. ROSENSTENGEL, CLERK

By: s/ Linda M. McGovern
Deputy Clerk


APPROVED:  s/G. Patrick Murphy
G. Patrick Murphy
United States District Judge